# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND,

    Plaintiff(s),

vs.

LRG MANAGEMENT CO., LLC,

    Defendant(s).

Case No.: C-11-6117-YGR

**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motions, and the June 11, 2012 case management date and trial dates are hereby vacated. A compliance hearing shall be held on Friday, July 20, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

    Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

    Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

    **IT IS SO ORDERED**.

Dated: June 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**