LUCAS V. MUNOZ, CA Bar No. 254900
STACEY A. CAMPBELL, CO Bar No. 38378
(Admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone: (415) 433-1940
Facsimile:  (415) 399-8490
E-mail:  lmunoz@littler.com
         stcampbell@littler.com

Attorneys for Defendants
LRG MANAGEMENT CO., LLC d/b/a L&R
GROUP OF COMPANIES and AMPCO SYSTEM
PARKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>LRG MANAGEMENT CO., LLC d/b/a L&R GROUP OF COMPANIES; and AMPCO SYSTEM PARKING, a California corporation,<br><br>Defendants. | CASE NO.  4:11-CV-06117 YGR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has considered the Stipulation of Dismissal With Prejudice.  Finding good cause, the Court **GRANTS** the motion.  Accordingly, this case and all claims raised therein are **DISMISSED WITH PREJUDICE** and with each party to bear its own attorneys' fees and costs.

DATED this  26th  day of June, 2012.

**IT IS SO ORDERED**

Date: June 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**