1  LUCAS V. MUNOZ, CA Bar No. 254900
   STACEY A. CAMPBELL, CO Bar No. 38378
2  (Admitted *pro hac vice*)
   LITTLER MENDELSON, P.C.
3  650 California Street, 20th Floor
   San Francisco, CA  94108-2693
4  Telephone: (415) 433-1940
   Facsimile:  (415) 399-8490
5  E-mail:  lmunoz@littler.com
              stcampbell@littler.com
6
   Attorneys for Defendants
7  LRG MANAGEMENT CO., LLC d/b/a L&R
   GROUP OF COMPANIES and AMPCO SYSTEM
8  PARKING

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | TRUSTEES OF THE BAY AREA       | CASE NO.  4:11-CV-06117 YGR
   | AUTOMOTIVE GROUP WELFARE       |
13 | FUND,                          |
   |                                |
14 |          Plaintiff,            | **ORDER OF DISMISSAL WITH PREJUDICE**
   |                                |
15 |     v.                         |
   |                                |
16 | LRG MANAGEMENT CO., LLC d/b/a  |
   | L&R GROUP OF COMPANIES; and    |
17 | AMPCO SYSTEM PARKING, a        |
   | California corporation,        |
18 |                                |
   |          Defendants.           |
19

20        The Court has considered the Stipulation of Dismissal With Prejudice.  Finding good

21 cause, the Court **GRANTS** the motion.  Accordingly, this case and all claims raised therein are

22 **DISMISSED WITH PREJUDICE** and with each party to bear its own attorneys' fees and costs.

23        DATED this  26th  day of June, 2012.

24        **IT IS SO ORDERED**

25          Date: June 26, 2012                        _____
                                                      **YVONNE GONZALEZ ROGERS**
26                                                    **UNITED STATES DISTRICT COURT JUDGE**

27

28